Samuel M. Stricklin (State Bar No. 19397050)
Brian C. Mitchell (State Bar No. 24046452)
Bracewell and Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Telephone: (214) 468-3800
Facsimile: (214) 468-3888
Email: sam.stricklin@bgllp.com

Counsel For Creditor One Bank and Trust, N.A.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ONE REALCO LAND HOLDINGS, | § | |
| INC. | § | |
| | § | |
| DEBTOR. | § | CASE NO. 09-44799-dml11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS ON BRACEWELL & GIULIANI LLP
AS ATTORNEYS FOR ONE BANK AND TRUST, N.A.**

PLEASE TAKE NOTICE that the law firm of Bracewell & Giuliani LLP, attorneys for One Bank and Trust, N.A. requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following address, email address, telephone and facsimile numbers:

Samuel M. Stricklin
sam.stricklin@bgllp.com
Brian C. Mitchell
brian.mitchell@bgllp.com
BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711.
Telephone: (214) 468-3800
Facsimile: (214) 468-3888

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading, plan disclosure statement or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise, filed with regard to the above-referenced case and all proceedings therein.

Dated: August 6, 2009

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP

        By: /s/ Samuel M. Stricklin
           Samuel M. Stricklin, State Bar No. 19397050
           sam.stricklin@bgllp.com
           Brian C. Mitchell, State Bar No. 24046452
           brian.mitchell@bgllp.com
           Bracewell & Giuliani LLP
           1445 Ross Avenue Suite 3800
           Dallas, TX 75202-2711
           Telephone: (214) 468-3800
           Facsimile: (214) 468-3888

        ATTORNEYS FOR ONE BANK
        AND TRUST, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed on the attached Service List via electronic means as listed on the Court's ECF noticing system or U.S. mail, on this 6th day of August, 2009.

        /s/ Samuel M. Stricklin
        Samuel M. Stricklin

American Realty Investors
1800 Valley View Lane
Suite 300
Dallas, TX  75234

Arvest Bank
P.O. Box 809
Rogers, AR  72737-0809

Benton County Tax Assessor
215 E. Central Ave.
Room 101
Bentonville, AR  72712

Capitol Lakes Management, LLC
10605-D Maumelle Blvd.
Maumelle, AR  72113

Collin County Tax Assessor Coll
1800 N. Graves St., Suite 170
McKinney, TX  75069

Dallas County Tax Assessor
10056 Marsh Lane
Dallas, TX  75229

Downtown Development, Inc.
1800 Valley View Lane
Suite 300
Dallas, TX  75234

Ewing Enterprises Limited
4464 West Plano Parkway
Plano, TX  75093

Geary, Porter & Donovan, PC
One Bent Tree Tower
16475 Dallas Pkwy, Suite 400
Addison, TX  75001-6837

Graham Mortgage Corporation
3838 Oak Lawn Ave.
Suite 1500
Dallas, TX  75219

Integral Environmental Corp.
1620 E. SH 121 Business, Suite
Lewisville, TX  75056

Internal Revenue Service
Special Procedures Staff
1100 Commerce St.
Stop 5020 DAL
Dallas, TX  75242

John W. DeHaven
c/o Capitol Lakes Management, L
10605-D Maumelle Blvd.
Maumelle, AR  72113

Josh Imhoff
901 Main Street, Suite 5500
Dallas, TX  75202

Las Colinas Association
122 W. John Carpenter Freeway,
Irving, TX  75039-2098

Liberty Bank of Arkansas
f/k/a The Bank of Jonesboro
P.O. Box 7514
Jonesboro, AR  72403

Liberty Bank of Arkansas
f/k/a The Bank of Jonesboro
2901 E. Highland Dr.
Jonesboro, AR  72401-6224

National Registered Agents, Inc
16055 Space Center Blvd.
Suite 235
Houston, TX  77062

National Registered Agents, Inc
455 W. Maurice St.
Hot Springs, AR  71901-6050

One Bank & Trust, N.A.
300 West Capitol Avenue
Little Rock, AR

One Bank & Trust, N.A.
11101 N. Rodney-Parham Rd.
Little Rock, AR  72212-4117

Robert A. Simon
Barlow, Garsek & Simon, LLP
3815 Lisbon Street
Fort Worth, TX  76107

Stanley R. Langley
Snellgrove, Langley, Culpepper,
 & Mullally
111 E. Huntington
Jonesboro, AR  72403-1346

TCI Bentonville, Inc.
1800 Value View Lane
Suite 300
Dallas, TX  75234

Transcontinental Realty Investo
1800 Valley View Lane
Suite 300
Dallas, TX  75234

Transcontinental Realty Investo
1800 Valley View Lane
Suite 300
Dallas, TX  75234-8922

Transcontinental Realty Investo
c/o National Registered Agents,
of Nevada
1000 East William St., Suite 20
Carson City, NV  89701

U.S. Trustee
1100 Commerce St.
Room 976
Dallas, TX  75242