## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  One Realco Land Holdings, Inc.

Case No.    09-44799-dml-11

Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $42,849,008.00 | | |
| B - Personal Property | Yes | 4 | $0.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $33,001,301.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $14,941,707.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 19 | $42,849,008.00 | $47,943,008.00 | |

In re  **One Realco Land Holdings, Inc.**                    Case No.  **09-44799-dml-11**
                                                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest In Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 77.680 acres in Benton County, AR | fee simple | | $3,383,741.00 | $2,950,120.00 |
| 16.792 acres in Dallas County, TX | fee simple | | $14,629,190.00 | $10,752,447.00 |
| 13.220 acres in Dallas County, Texas | fee simple | | $4,606,906.00 | $3,375,000.00 |
| 14.867 acres in Dallas County, TX | fee simple | | $2,590,426.00 | $1,150,000.00 |
| 4.700 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $2,047,370.00 | $2,000,000.00 |
| 7.361 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $961,870.00 | $500,000.00 |
| 7.105 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $1,237,975.00 | $400,000.00 |
| 3.853 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $1,678,367.00 | $1,350,000.00 |
| 3.537 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $924,352.00 | $800,000.00 |
| 8.329 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $1,451,245.00 | $1,200,000.00 |
| 8.389 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $1,096,275.00 | $1,386,926.00 |
| 6.544 acres in Collin County, TX<br>part of multi-tract loan.  Individual balances are pro | fee simple | | $1,567,812.00 | $1,464,236.00 |

In re  One Realco Land Holdings, Inc.                    Case No.   09-44799-dml-11
                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| rata, based on release prices. | | | | |
| 2.894 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $378,188.00 | $503,435.00 |
| 6.105 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $2,659,338.00 | $2,411,828.00 |
| 3.022 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $1,316,383.00 | $1,076,485.00 |
| 1.575 acres in Dallas County, TX<br>Part of multi-tract loan.  Individual balances are pro rata, based on release prices. | fee simple | | $411,642.00 | $550,060.00 |
| 21.900 acres in Pulaski County, AR | fee simple | | $1,907,928.00 | $1,130,765.00 |

Total: $42,849,008.00

(Report also on Summary of Schedules)

In re  One Realco Land Holdings, Inc.                    Case No.  09-44799-dml-11
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Accord/Liberty Mutual Fire Insurance Co., general liability EB2-291-441521-039 equitable interest | | Unknown |
| | | Accord/Everest National Insurance Co., umbrella 71G500001-91 No expected current value | | Unknown |

In re  **One Realco Land Holdings, Inc.**                                Case No.  **09-44799-dml-11**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **One Realco Land Holdings, Inc.**                    Case No.  **09-44799-dml-11**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | . |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

In re  One Realco Land Holdings, Inc.                         Case No.   09-44799-dml-11
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____ 3 _____ continuation sheets attached     **Total >**     **$0.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re **One Realco Land Holdings, Inc.**                    Case No. **09-44799-dml-11**
                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Arvest Bank<br>P.O. Box 809<br>Rogers, AR  72737-0809 | X | DATE INCURRED:    7/15/2005<br>NATURE OF LIEN:<br>**Deed of Trust Tract 1**<br>COLLATERAL:<br>**Bentonville 77.680 acres**<br>REMARKS:<br>**property subject to lien**<br><br>VALUE                $3,383,741.00 | | | | $2,950,120.00 | |
| ACCT #:<br><br>Benton County Tax Assessor<br>215 E. Central Ave.<br>Room 101<br>Bentonville, AR  72712 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Ad Valorem Tract 1**<br>REMARKS:<br>**property subject to lien**<br><br>VALUE:                $0.00 | | | | Notice Only | Notice Only |
| ACCT #:<br><br>Collin County Tax Assessor Collector<br>1800 N. Graves St., Suite 170<br>McKinney, TX  75069 | | DATE INCURRED:    01/01/10<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Ad Valorem Tract 12**<br>REMARKS:<br>**property subject to lien**<br><br>VALUE:                $0.00 | | | | Notice Only | Notice Only |
| ACCT #:<br><br>Dallas County Tax Assessor<br>10056 Marsh Lane<br>Dallas, TX  75229 | | DATE INCURRED:    01/01/10<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Ad Valorem Tracts 2-11, 13-16**<br>REMARKS:<br>**property subject to lien**<br><br>VALUE:                $0.00 | | | | Notice Only | Notice Only |

Subtotal (Total of this Page) >   $2,950,120.00    $0.00

Total (Use only on last page) >

_____4_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Ewing Enterprises Limited<br>4464 West Plano Parkway<br>Plano, TX  75093 | X | DATE INCURRED:     12/03/2006<br>NATURE OF LIEN:<br>Deed of Trust Tract 2<br>COLLATERAL:<br>14298 Inwood, Farmers Branch, Dallas, 14345 Dall<br>REMARKS:<br>property subject to lien<br><br>VALUE:          $14,629,190.00 | X | | | $10,752,447.00 | |
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | X | DATE INCURRED:     9/07/2007<br>NATURE OF LIEN:<br>\<br>COLLATERAL:<br>Hackberry South 13.220 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:          $4,606.906.00 | X | | | $3,375,000.00 | |
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | X | DATE INCURRED:     3/20/2008<br>NATURE OF LIEN:<br>\<br>COLLATERAL:<br>Fortune Dr. 14.867 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:          $2,590,426.00 | X | | | $1,150,000.00 | |
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | X | DATE INCURRED:     4/27/2007<br>NATURE OF LIEN:<br>\<br>COLLATERAL:<br>Keenan Bridge 7.361 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:          $961,870.00 | | | | $500,000.00 | |

Sheet no. ___1___ of ___4___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     $15,777,447.00     $0.00

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | X | DATE INCURRED:  4/27/2007<br>NATURE OF LIEN:<br>\<br>COLLATERAL:<br>CIGNA 4.70 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:  $2,047,320.00 | | | | $2,000,000.00 | |
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | | DATE INCURRED:  05/01/2009<br>NATURE OF LIEN:<br>See CIGNA<br>COLLATERAL:<br>PAC Trust 7.105 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:  $1,237,975.00 | | | X | $400,000.00 | |
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | X | DATE INCURRED:  05/01/2009<br>NATURE OF LIEN:<br>See CIGNA<br>COLLATERAL:<br>Thompson I 3.853 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:  $1,678,367.00 | | | | $1,350,000.00 | |
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX  75219 | | DATE INCURRED:  05/01/2009<br>NATURE OF LIEN:<br>See CIGNA<br>COLLATERAL:<br>Thompson II 3.537 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br><br>VALUE:  $924,352.00 | | | | $800,000.00 | |

Sheet no. ___2___ of ___4___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  $4,550,000.00   $0.00

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX 75219 | | DATE INCURRED: 05/01/2009<br>NATURE OF LIEN:<br>See CIGNA<br>COLLATERAL:<br>Tomlin 8.329 acres<br>REMARKS:<br>property subject to lien/cross collaterlized<br><br>VALUE: $1,451,245.00 | | | | $1,200,000.00 | |
| ACCT #:<br><br>Liberty Bank of Arkansas<br>f/k/a The Bank of Jonesboro<br>2901 E. Highland Dr.<br>Jonesboro, AR 72401-6224 | X | DATE INCURRED: 5/29/2003<br>NATURE OF LIEN:<br>Deed of Trust Tract 17<br>COLLATERAL:<br>Capitol Lakes<br>REMARKS:<br>property subject to lien<br><br>VALUE: $1,907,928.00 | | | | $1,130,765.00 | |
| ACCT #:<br><br>One Bank & Trust, N.A.<br>300 West Capitol Avenue<br>Little Rock, AR | X | DATE INCURRED: 7/13/2007<br>NATURE OF LIEN:<br>Deed of Trust Tracts 11-16<br>COLLATERAL:<br>Bonneau 8.389 acres<br>REMARKS:<br>property subject to lien/cross collateralized<br>See above.<br><br>VALUE: $7,429,637.00 | | | | $7,392,969.00 | |
| ACCT #:<br><br>One Bank & Trust, N.A.<br>11101 N. Rodney-Parham Rd.<br>Little Rock, AR 72212-4117 | | DATE INCURRED:<br>NATURE OF LIEN:<br>property subject to lien<br>COLLATERAL:<br>broken to below projects<br>REMARKS:<br>Bonneau, Chase Oaks, Dalho, HSM<br>Cummins, JHL Connell Walnut<br>Hill/cross collateralized<br>See above<br>VALUE: $0.00 | | | | Notice Only | Notice Only |

Sheet no. ___3___ of ___4___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $9,723,734.00 |
| Total (Use only on last page) > | |

|  | |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

$0.00

$0.00

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Pulaski County Tax Assessor**<br>**550 Edgewood Suite 580**<br>**Maumelle, AR** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br><br>REMARKS:<br>**Ad Valorem Tract 17**<br><br><br>VALUE:               $0.00 | | | | **Notice Only** | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this Page) > | $0.00 | $0.00 |
| | Total (Use only on last page) > | $33,001,301.00 | $0.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  One Realco Land Holdings, Inc.                    Case No.   09-44799-dml-11
                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____continuation sheets attached

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**Special Procedures Staff**<br>**1100 Commerce St.**<br>**Stop 5020 DAL**<br>**Dallas, TX 75242** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| Total > | **$0.00** | | |

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

| | | | |
|---|---|---|---|
| Totals > | | **$0.00** | **$0.00** |

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

In re **One Realco Land Holdings, Inc.**      Case No. **09-44799-dml-11**
                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**American Realty Investors**<br>**1800 Valley View Lane**<br>**Suite 300**<br>**Dallas, TX 75234** | | DATE INCURRED:<br>CONSIDERATION:<br>\<br>REMARKS: | X | | | $6,250,000.00 |
| ACCT #:<br>**Capitol Lakes Management, LLC**<br>**10605-D Maumelle Blvd.**<br>**Maumelle, AR 72113** | | DATE INCURRED:<br>CONSIDERATION:<br>Potential claim related to the Liberty Bank of Ark<br>REMARKS:<br>Tract 17 | X | | | $0.00 |
| ACCT #:<br>**Downtown Development, Inc.**<br>**1800 Valley View Lane**<br>**Suite 300**<br>**Dallas, TX 75234** | | DATE INCURRED:<br>CONSIDERATION:<br>\<br>REMARKS: | X | | | Notice Only |
| ACCT #:<br>**Geary, Porter & Donovan, PC**<br>**One Bent Tree Tower**<br>**16475 Dallas Pkwy, Suite 400**<br>**Addison, TX 75001-6837** | | DATE INCURRED:    07/01/2007<br>CONSIDERATION:<br>Tract 6<br>REMARKS: | | | | $1,176.00 |
| ACCT #:<br>**Integral Environmental Corp.**<br>**1620 E. SH 121 Business, Suite C-100**<br>**Lewisville, TX 75056** | | DATE INCURRED:    01/22/09<br>CONSIDERATION:<br>\<br>REMARKS:<br>Tract 2 | X | | | $4,100.00 |
| ACCT #:<br>**John W. DeHaven**<br>**c/o Capitol Lakes Management, LLC**<br>**P.O. Box 13256**<br>**Maumelle, AR 72113-0256** | | DATE INCURRED:<br>CONSIDERATION:<br>Potential claim related to the Liberty Bank of Ark<br>REMARKS:<br>Tract 17 | X | | | $0.00 |

Subtotal >   $6,255,276.00

Total >
(Use only on last page of the completed Schedule F.)

____**2**____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   One Realco Land Holdings, Inc.

Case No.   09-44799-dml-11
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Josh Imhoff<br>901 Main Street, Suite 5500<br>Dallas, TX 75202 | | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | X | | | Notice Only |
| ACCT #:<br>Las Colinas Association<br>122 W. John Carpenter Freeway, Suite 550<br>Irving, TX 75039-2098 | | | DATE INCURRED:    05/07/2009<br>CONSIDERATION:<br>\<br>REMARKS:<br>Tract 5 | | | | $3,485.00 |
| ACCT #:<br>Las Colinas Association<br>122 W. John Carpenter Freeway, Suite 550<br>Irving, TX 75039-2098 | | | DATE INCURRED:    07/21/2008<br>CONSIDERATION:<br>Tract 5<br>REMARKS: | | | | $250.00 |
| ACCT #:<br>National Registered Agents, Inc.<br>16055 Space Center Blvd.<br>Suite 235<br>Houston, TX 77062 | | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>National Registered Agents, Inc. of AR<br>455 W. Maurice St.<br>Hot Springs, AR 71901-6050 | | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Robert A. Simon<br>Barlow, Garsek & Simon, LLP<br>3815 Lisbon Street<br>Fort Worth, TX 76107 | | | DATE INCURRED:<br>CONSIDERATION:<br>Notice Only<br>REMARKS: | | | | Notice Only |

Sheet no. ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $3,735.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxxx xx. xx xxxx-x567-3<br>**Stanley R. Langley**<br>Snellgrove, Langley, Culpepper, Williams & Mullally<br>111 E. Huntington<br>Jonesboro, AR 72403-1346 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Liberty Bank of Arkansas v. Capitol Lakes Management, et al**<br>**Pulaski County Circuit No. CV 2009-2567-3** | | | | Notice Only |
| ACCT #:<br>**TCI Bentonville, Inc.**<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234 | | DATE INCURRED:    07/30/2009<br>CONSIDERATION:<br>\<br>REMARKS:<br>**Tract 1** | X | | | $1,586,013.00 |
| ACCT #:<br>**Transcontinental Realty Investors, Inc.**<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234-8922 | | DATE INCURRED:<br>CONSIDERATION:<br>\<br>REMARKS:<br>**Ewing**<br>**Fortune Drive**<br>**Capitol Lakes/Pulaski** | X | | | $7,096,683.00 |
| ACCT #:<br>**Transcontinental Realty Investors, Inc.**<br>c/o National Registered Agents, Inc.<br>of Nevada<br>1000 East William St., Suite 204<br>Carson City, NV 89701 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | X | | | Notice Only |
| ACCT #:<br>**U.S. Trustee**<br>1100 Commerce St.<br>Room 976<br>Dallas, TX 75242 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $8,682,696.00 |
| Total > | $14,941,707.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)
In re **One Realco Land Holdings, Inc.**                Case No.   <u>09-44799-dml-11</u>
                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| American Realty Trust, Inc.<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234 | Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX 75219 |
| American Realty Trust, Inc.<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234 | One Bank & Trust, N.A.<br>300 West Capitol Avenue<br>Little Rock, AR |
| American Realty Trust, Inc.<br>1800 Valley View Lane<br>Suite 300<br>Dallas TX 75234 | Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX 75219 |
| Capitol Lakes Management, LLC<br>10605-D Maumelle Blvd.<br>Maumelle, AR 72113 | Liberty Bank of Arkansas<br>f/k/a The Bank of Jonesboro<br>2901 E. Highland Dr.<br>Jonesboro, AR 72401-6224 |
| Downtown Development, Inc.<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234 | Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX 75219 |
| TCI Bentonville, Inc.<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234 | Arvest Bank<br>P.O. Box 809<br>Rogers, AR 72737-0809 |
| Transcontinental Realty Investors Inc.<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234-8922 | Graham Mortgage Corporation<br>3838 Oak Lawn Ave.<br>Suite 1500<br>Dallas, TX 75219 |

In re  **One Realco Land Holdings, Inc.**                    Case No.  <u>09-44799-dml-11</u>
                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Transcontinental Realty Investors Inc.**<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX  75234-8922 | **Ewing Enterprises Limited**<br>4464 West Plano Parkway<br>Plano, TX  75093 |

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re  One Realco Land Holdings, Inc.

Case No.  09-44799-dml-11
(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *Vice President* _____ of the _____ Corporation _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ 21 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____ 9 / 11 / 0 9 _____        Signature _____

*Craig Landess*
*Vice President*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*