## EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ONE REALCO LAND HOLDINGS, INC. | § | CASE NO. 09-44799-dml-11 |
| | § | |
| DEBTOR. | § | HEARING SCHEDULED: NONE |
| | § | |

### AFFIDAVIT OF ROBERT N. STEWART IN SUPPORT OF APPLICATION UNDER 11 U.S.C. §§105(a), 327 AND 328(A) FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CSE COMMERCIAL REAL ESTATE, LP AS REAL ESTATE ADVISOR AND BROKER TO THE DEBTOR

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF TARRANT | § | |

Robert N. Stewart of CSE Commercial Real Estate, LP as Real Estate Advisor and Broker to the Debtor, being duly sworn in view of the Application to employ CSE Commercial Real Estate, LP ("CSE") as a Real Estate Advisor and Broker to the Debtor in the above entitled matters, hereby deposes and states:

1. "My name is Robert N. Stewart. I am a real estate broker employed by CSE. I am over twenty-one (21) years of age, of sound mind, capable of making this Affidavit and fully competent to testify to the matters stated herein, and I have personal knowledge of the matters set forth herein.

2. "On a pre and post petition bankruptcy basis, I was consulted on behalf of CSE to sell the properties described as Property A-1 described as 4.7 acres being Lot 1, Block A and Lot 2, Block A; Las Colinas, City of Irving, Dallas County, Texas; Property A-2 described at 1.584 acres being lot 2, Block A, Wingate Addition, Las Colinas, City of Irving, Dallas County, Texas; Property A-3 described at 13.220 acres located at the NWC of State Highway 114 and Longhorn Drive, City of Irving, Dallas County, Texas; and Property A-4 described as 14.8 acres located at the SEC of State Highway 114 and Fortune Drive, City of Irving, Dallas County, Texas.

3. "CSE Commercial Real Estate, LP is an all service brokerage company established in 2006. It is reasonable to assume that this firm and its approximately THREE (3) representatives have had past experience with potential purchasers and lenders, including some that may be involved in the current case.

4. "Neither I nor CSE are a creditor, equity security holder, or insider of the Debtor and have not within two (2) years before the date of the filing of this petition been a director, officer or employee of the Debtor. I do not believe that I or CSE has an interest materially adverse to the interest of the estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to or connection with or interest in the Debtor, or for any other reason. As a result, I believe that I and CSE are disinterested parties as that term is defined in Section 101(14) of the Bankruptcy Code.

5. "CSE Commercial Real Estate, LP and I are qualified to be the Real Estate Advisor and Broker consultant for the Debtor. I have read the Application to Employ CSE Commercial Real Estate, LP as a Real Estate Advisor and Broker for the Debtor and hereby certify that the statements contained therein are true and correct to the best of my knowledge.

6. "I have extensive knowledge and experience in assisting in the area of real estate advisor and broker services. I am well qualified to provide assistance in connection with the performance of the duties and responsibilities of a debtor in possession in this case.

7. "The proposed compensation that I have agreed to accept an amount between 6% of the first million dollars of the sales price, plus 3% on the remaining balance of the purchase price upon closing.

8. "The Debtor has had discussions with CSE concerning this employment in bankruptcy. The Debtor is informed and believes that CSE has the necessary skills and personnel needed to perform the services required in this case.

9. "I declare under the penalty of perjury that the foregoing is true and correct."

FURTHER AFFIANT SAYETH NOT.

_____
Robert N. Stewart

SUBSCRIBED AND SWORN TO before me this the 17th day of September 2009 to certify which witness my hand and official seal of office.

Affidavit of Robert N. Stewart



_[signature]_
Notary Public in and for the State of Texas
Printed Name: Teresa Elaine Crow
My commission expires: 01/10/13

Affidavit of Robert N. Stewart